United States District Court
Southern District of Texas
**ENTERED**
October 12, 2018
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TIFFERY WILLIAMS, Individually** | § | |
| **and on behalf of similarly situated** | § | |
| **individuals** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:17-cv-01901** |
| | § | |
| **GUARDIAN LIVING SERVICES,** | § | |
| **INC., and CHRISTINA E. KIZZEE** | § | |
| | § | |
| **Defendants.** | § | **JURY DEMANDED** |

## DISMISSAL WITH PREJUDICE

On this date, the Court considered the Joint Motion of Plaintiff, Tiffery Williams and Defendants Guardian Living Services, Inc. and Christina E. Kizzee to dismiss this proceeding. In presenting this order, the parties acknowledge their agreement and compromise of their respective claims. The Court accordingly enters this final order. It is

ORDERED that Plaintiff, Tiffery Williams dismisses all claims alleged in this proceeding against Defendants, Guardian Living Services, Inc. and Christina E. Kizzee with prejudice to Plaintiff, Tiffery Williams to file any of the claims again, in whole or in part. It is further

ORDERED that this order disposes of all issues and parties. Each party to bear their own court costs. All relief not expressly granted herein is Denied. This is a Final Order.

Keith P. Ellison
United States District Judge